UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,              **MEMORANDUM**

    -against-                                7:21-cr-00801-VB

Warren Glover

                        Defendant.
-------------------------------------------------------------x

TO Vincent Briccetti  , United States District Judge:

      Please find attached a transcript of the 1/20/2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: March 9, 2022
       White Plains, New York

                                                  Respectfully Submitted,

                                                  s/ Paul E. Davison

                                                  _____

                                                  PAUL E. DAVISON
                                                  United States Magistrate Judge