UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

WARREN GLOVER
           Defendant.
------------------------------------------------------------x

21 Cr 801   (VB)

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated January 20, 2022, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: March 9, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge