# McGONIGLE
## A PROFESSIONAL CORPORATION

Email: sfeldman@mmlawus.com
Direct: (212) 880-3988
Facsimile: (212) 880-3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

April 12, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 4/12/22
White Plains, NY

Sentencing adjourned to:
5/23/22 at 11:00 AM

**VIA ECF**

Honorable Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States v. Warren Glover*, 21 Cr. 801 (VB)

Dear Judge Briccetti,

I am counsel to Mr. Glover in the above-referenced matter. Mr. Glover's sentencing is currently set for April 22, 2022, making our sentencing submission due today. However, we have not yet received the final version of the Presentence Investigation Report from the Probation Department. Accordingly, I request a brief adjournment of the sentencing to allow us to review the final PSR, discuss it with our client, and address it in our sentencing brief.

I communicated today with the Probation Officer preparing the report. She stated that she submitted the report to her supervisor today, and predicted that the final PSR will be distributed today or tomorrow. Given that schedule, we request an approximately 30-day adjournment of the sentencing date, to the week of May 23.

I have conferred with AUSA Qais Ghafary, and he consents to the request. He is available on May 23 (11 am – 3 pm); May 25 (anytime other than 12 pm – 2:30 pm), and May 26 (anytime). All of those times are acceptable to the defense. This is the first request for an adjournment of Mr. Glover's sentencing.

Please let me know if you have any questions. Thank you for your consideration.

Very truly yours,

Steven D. Feldman

cc: AUSA Qais Ghafary (via ECF)

New York   ♦   Washington, D.C.   ♦   Virginia   ♦   Chicago   ♦   San Francisco