UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____US_____,
           Plaintiff(s),

v.

_____Glover_____,
           Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

21 cr 801 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/ re-scheduled for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

✓ Sentencing

on __5/23/__, 20_22_, at __3:30 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 5/23/22 @ 11 AM

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5/5/__, 20_22_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge